UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RICHARD ATKINSON )
         Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:20-CV-51-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security, )
         Defendant. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 26, 2022, that defendant pay to plaintiff $7,169.55 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the costs and expenses of $421.15 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on May 26, 2022, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

May 26, 2022                       PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk